**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 68 EAL 2023
                              :
            Respondent  :
                              : Petition for Allowance of Appeal
                              : from the Order of the Superior Court
            v.  :
                              :
                              :
AARON BRUNSON,                :
                              :
            Petitioner  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.